2:15CR175GZS

...NNED

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2015 OCT 20 A 10:58
DEPUTY CLERK

## Indictment Synopsis

| | |
|---|---|
| **Name:** | Joel A. Sabean, M.D. |
| **Address:**<br>**(City & State Only)** | Falmouth, Maine |
| **Year of Birth and Age:** | 1947/68 years old |
| **Violations:** | Counts 1-5: Tax Evasion, in violation of 26 U.S.C. § 7201.<br><br>Counts 6-57: Unlawful distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).<br><br>Count 58: Health Care Fraud, in violation of Title 18, United States Code, Section 1347. |
| **Penalties:** | Counts 1-5: Imprisonment of not more than five years, fine not to exceed $100,000, or both. 26 U.S.C. § 7201. These are Class D felonies pursuant to 18 U.S.C. § 3559(a)(4).<br><br>Counts 6-57: Imprisonment of not more than five years; or a fine not to exceed $250,000; or both. 21 U.S.C. § 841(b)(2) and 18 U.S.C. § 3571(b)(1). These are Class D felonies pursuant to 18 U.S.C. § 3559(a)(4).<br><br>Count 58: Imprisonment of not more than ten years; or a fine of not more than $250,000; or both. 18 U.S.C. § 1347. This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Counts 1-5; 58: Not more than three years. 18 U.S.C. § 3583(b)(2).<br><br>Counts 6-57: Not less than one year and not more than life. 21 U.S.C. § 841(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1-58: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1-5; 58: Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |

| | |
|---|---|
| | Counts 6-57: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Jay McCloskey, Esq.; Thimi Mina, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | IRS/Coviello; DEA/Masar |
| **Detention Status:** | To be determined; summons requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | David B. Joyce |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | Yes |
| **Assessments:** | $100 per count |