/UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Joel A. Sabean, MD

DOCKET NO: 2:15-cr-175-GZS

PROCEEDING TYPE: Suppression Hearing

**AMENDED Exhibit List**

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Declaration of Judith Cordier | 9/29/16 | 9/29/16 | | 9/29/16 |
| 2 | | | Grand jury subpoena for PK Associates | 9/29/16 | 9/29/16 | | 9/29/16 |
| 3 | | | Affidavit of Patricia Kuhl | 9/29/16 | 9/29/16 | | 9/29/16 |
| 4A | | | Memorandum of Interview of Patricia and Raymond Kuhl by Judith Cordier | 9/29/16 | 9/29/16 | | 9/29/16 |
| 4B | | | Handwritten notes from interview of Patricia and Raymond Kuhl by Judith Cordier | 9/29/16 | 9/29/16 | | 9/29/16 |
| | 14 | | *SEALED* Exhibit | 9/29/16 | | | |
| | 6 | | Email from Agent Fitzgerald dated 1/16/2014 | 9/29/16 | 9/29/16 | | 9/29/16 |
| 5 | | | Declaration of Margo Fitzgerald | 9/29/16 | 9/29//16 | | 9/29/16 |
| | 2 | | Memorandum of Interview of Shannon Sabean by Margo Fitzgerald | 9/29/16 | 9/29/16 | | 9/29/16 |
| | 5 | | Handwritten notes of Margo Fitzgerald | 9/29/16 | 9/29/16 | | 9/29/16 |
| | 7 | | Email from Agent Fitzgerald to AUSA Joyce and AUSA Murphy | 9/29/16 | 9/29/16 | | 9/29/16 |
| | 8 | | Handwritten notes of Margo Fitzgerald re: phone call | 9/29/16 | 9/29/16 | | 9/29/16 |
| | 10 | | Handwritten notes of Margo Fitzgerald from in person contact with Patricia and Raymond Kuhl | 9/29/16 | 9/29/16 | | 9/29/16 |
| | 11 | | Handwritten notes of Janet Pepin | 9/29/16 | 9/29/16 | | 9/29/16 |
| | 12 | | Handwritten notes of Margo Fitzgerald from interview with Dr. Sabean | 9/29/16 | 9/29/16 | | 9/29/16 |
| | 13 | | Waiver signed by Joel A. Sabean, MD | 9/29/16 | 9/29/16 | | 9/29/16 |
| 6 | | | Affidavit of Martino Coviello | 9/29/16 | 9/29/16 | | 9/29/16 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 17 | | Grand jury subpoena for Patricia Kuhl | 9/29/16 | 9/29/16 | | 9/29/16 |
| | 21 | | Affidavit of Michael Sheehan | 9/29/16 | 9/29/16 | | 9/29/16 |
| 7 | | | Audio of voicemail (DVD) | 9/29/16 | 9/29/16 | | 9/29/16 |